In the Matter of THE WALTHAW CORPORATION, Respondent. PRESIDENT OF THE BOROUGH OF MANHATTAN et al., Appellants.

Argued December 5, 1945; decided January 18, 1946.

*Ignatius M. Wilkinson, Corporation Counsel* (*Aaron B. Coleman* and *James Hall Prothero* of counsel), for appellants.
*Max E. Greenberg* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.